Craig Solomon Ganz (023650)
Michael S. Myers (029978)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
ganzc@ballardsphar.com
myersms@ballardspahr.com
Telephone:   602.798.5400
Facsimile:    602.798.5595

*Attorneys for Mellen, Inc.*



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MELLEN, INC., a New York corporation, 50 W 47th St, Ste 2113, New York, NY 10036<br><br>Plaintiff, Judgment-Creditor.<br><br>vs.<br><br>BILTMORE LOAN AND JEWELRY-SCOTTSDALE, L.L.C., an Arizona limited liability company,<br><br>10830 N Scottsdale Rd, Scottsdale, AZ 85254<br><br>Defendant, Judgment-Debtor. | Case No. CV-16-648-PHX-DLR<br><br>**APPLICATION FOR WRIT OF GARNISHMENT (NON-EARNINGS) (FED. R. CIV. PRO. 64 and A.R.S. §§ 12-1572 through 1597)**<br><br>(Assigned to the Hon. Douglas L. Rayes) |
| Garnishee:<br><br>MidFirst Bank<br>10725 North Scottsdale Rd<br>Scottsdale, AZ 85254 | |

1.     Plaintiff Mellen, Inc is the judgment creditor in this action and was awarded a money judgment against Defendant Biltmore Loan and Jewelry – Scottsdale LLC ("Judgment Debtor").

2.     The amount of the outstanding balance on the judgment is $3,534.48, which includes accrued post-judgment interest at the rate of 1.22% per annum from June 21, 2017 through October 4, 2017.  The cost of serving this Writ of Garnishment will be as

DMWEST #16407499 v1

shown on the Affidavit of Service and may be added to the judgment along with allowable costs allowable costs.

3. Plaintiff believes garnishee MidFirst Bank ("Garnishee"): (1) owes Judgment Debtor money which was not earned by Judgment Debtor for personal services; (2) is holding money for judgment debtor which is not exempt from collection; and (3) has personal property which belongs to Judgment Debtor and is not exempt from collection.

4. Plaintiff has provided Garnishee's name and address in the caption above.

5. Plaintiff has attached a completed Proposed Writ of Garnishment form and asks that the Writ be issued.

RESPECTFULLY SUBMITTED this 6th day of October, 2017.

BALLARD SPAHR LLP

By: /s/ Michael Myers
Craig Solomon Ganz
Michael S. Myers
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
*Attorneys for Villa 14, LLC*

ORIGINAL of the foregoing filed with
the United States District Court for the
District of Arizona on October 6th, 2017.

COPY of the foregoing mailed this same date to:

Dennis I. Wilenchik, Esq.
David A. Timchak, Esq.
2810 North Third Street
Phoenix, Arizona 85004

_/s/ Jaska Paut_____