Craig Solomon Ganz (023650)
Michael S. Myers (029978)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
ganzc@ballardsphar.com
myersms@ballardspahr.com
Telephone:   602.798.5400
Facsimile:    602.798.5595

*Attorneys for Mellen, Inc.*



## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MELLEN, INC., a New York corporation<br><br>Plaintiff, Judgment-Creditor.<br><br>vs.<br><br>BILTMORE LOAN AND JEWELRY-SCOTTSDALE, L.L.C., an Arizona limited liability company,<br><br>Defendant, Judgment-Debtor. | Case No. CV-16-648-PHX-DLR<br><br>**DECLARATION OF PAUL HUGEL IN SUPPORT OF PLAINTIFF'S APPLICATION FOR WRIT OF GARNISHMENT (NON-EARNINGS)**<br><br>(Assigned to the Hon. Douglas L. Rayes) |
| Garnishee:<br><br>MidFirst Bank<br>10725 North Scottsdale Rd<br>Scottsdale, AZ 85254 | |

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF MARICOPA  )

I, Paul S. Hugel, under penalty of perjury of the laws of the United States, hereby declare as follows:

1. I am an attorney of record for Plaintiff Mellen, Inc. I submit this Affidavit in support of Plaintiff's Application for Writ of Garnishment (Non-Earnings) (the "Application").

DMWEST #16407499 v1

1. Plaintiff Mellen, Inc is the judgment creditor in this action and was awarded a money judgment against Defendant Biltmore Loan and Jewelry – Scottsdale LLC ("Judgment Debtor").

2. I have been substantially involved in this case and have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. The amount of the outstanding balance on the judgment is $3,534.48, which includes accrued post-judgment interest at the rate of 1.22% per annum from June 21, 2017 through October 4, 2017.

3. Plaintiff believes garnishee MidFirst Bank ("Garnishee"): (1) owes Judgment Debtor money which was not earned by Judgment Debtor for personal services; (2) is holding money for judgment debtor which is not exempt from collection; and (3) has personal property which belongs to Judgment Debtor and is not exempt from collection.

New York, New York
Dated: October 6, 2017

I declare under penalty of perjury that the foregoing is true and correct.

_____
Paul S. Hugel

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400