| Attorney or Party without Attorney:<br>BALLARD SPAHR LLP<br>CRAIG SOLOMON (#023650)<br>1 EAST WASHINGTON STREET SUITE # 2300<br>PHOENIX, AZ 85004<br>Telephone No: 602-798-5400 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: MELLEN, INC | Ref. No. or File No.: 00192604/10922 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | | |
| Plaintiff: MELLEN, INC A NEW YORK CORPORATION.,<br>Defendant: BILTMORE LOAN AND JEWELRY-SCOTTSDALE, L.L.C., AN ARIZONA LIMITIED LIABILITY COMPANY, | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV-16-648-PHX-DLR |

1. At the time of service I was at least 21 years of age and not a party to this action.

2. I served copies of the
(2) WRIT OF GARNISHMENT AND SUMMONS (NON-EARNINGS); INSTRUCTIONS TO THE GARNISHEE (NON-EARNINGS); JUDGMENT; (2) NOTICE TO JUDGMENT DEBTOR OF GARNISHMENT (NON-EARNINGS); (2) REQUEST FOR HEARING (NON-EARNINGS); (2) NOTICE OF HEARING ON GARNISHMENT (NON-EARNINGS); ANSWER OF GARNISHEE (NON-EARNINGS)

3. a. Party served: MIDFIRST BANK
   b. Person served: Sherwood Underdown, Assistant Banking Center Manager, Authorized

4. Address where the party was served: 10725 N Scottsdale Rd, Scottsdale, AZ 85254

5. I served the party:
   a. **by substituted service.** On: Tue, Oct 10 2017 at: 11:30 AM by leaving the copies with or in the presence of:
   Sherwood Underdown, Assistant Banking Center Manager, Authorized, Caucasian, Male, 60 yrs., White hair, Glasses, Seated

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.
   (b) I received this subpoena for service on: 10/06/2017

   Service: $80.47, Mileage: $31.20, Notary: $10.00, Wait: $0.00, Fees Advanced: $25.00, Total: $146.67

I Declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

6. Person Executing:
   a. Christine Boyd MC-8476;
   b. **FIRST LEGAL**
   3737 North 7th. Street Suite 125
   PHOENIX, AZ 85014
   c. (602) 248-9700

10/11/2017          (Signature)
(Date)

7. STATE OF ARIZONA, COUNTY OF Maricopa
Subscribed and sworn to (or affirmed) before on this 11 day of Oct, 2017 by Christine Boyd (MC-8476) proved to me on the basis of satisfactory evidence to be the person who appeared before me.

(Notary Signature)

OFFICIAL SEAL
TRICIA DESPAIN
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires March 8, 2019

AFFIDAVIT OF SERVICE

1722421 (590991)