WILENCHIK & BARTNESS
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810        Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
Thomas E Lordan, #007705
David A. Timchak, #032095
admin@wb-law.com

Thomas M. Baker, # 013475
**BAKER & BAKER**
9034 N. 23rd Avenue, Unit 5
Phoenix, Arizona  85021
(602) 279-1644
Thomas@bakerandbaker.com
tricia@bakerandbaker.com

*Attorneys for Defendant/Counterclaimant/Third Party Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mellen, Inc., a New York corporation, | NO. 2:16-cv-00648-PHX-DLR |
| Plaintiff, Judgment-Creditor, | **MOTION TO QUASH AND REQUEST FOR HEARING ON GARNISHMENT** |
| vs. | (Assigned to the Honorable Douglas L. Rayes) |
| Biltmore Loan and Jewelry-Scottsdale, L.L.C., an Arizona limited liability company, | |
| Defendant, Judgment-Debtor. | |
| Garnishee: | |
| MidFirst Bank 10725 North Scottsdale Road Scottsdale, AZ 85254 | |

Defendant, Judgment Debtor, Biltmore Loan and Jewelry-Scottsdale, LLC, an Arizona

limited liability company ("Biltmore"), by any through undersigned counsel hereby Moves to

Quash the Garnishment and Requests a Hearing on the grounds that ***the Judgment has been paid in full.*** [**Exhibit F**].

On or about September 22, 2017, Paul S. Hugel emailed Biltmore's counsel stating "David – Can you please arrange for payment by Biltmore of the $3,522.12 judgment entered against it for costs.  I will hold off on taking steps to enforce the judgment if you tell me payment is forthcoming." [**Exhibit A**].  That same day, counsel for Biltmore responded: "Paul: I will reach out to the client and get back to you shortly.  Please follow up with me before taking any action." [**Exhibit B**].  Without any notice, on or about October 10, 2017, Mellen, Inc. filed its Application for a Writ of Garnishment.  On or about October 17, 2017—after numerous requests by e-mail and telephone—Paul S. Hugel, the attorney for Mellen, Inc. finally agreed that the total amount of the Judgment, including interest is $3,534.48.  [**Exhibit C**].  The following day, Biltmore mailed, overnight delivery, a check for the exact amount, $3,534.48.  [**Exhibit D**].  Paul S. Hugel confirmed that the check was received on the morning of October 19, 2017, and stated: "Check received.  We will file a satisfaction and withdraw the garnishment writ as soon as the check is honored." [**Exhibit E**].  On or about October 25, 2017, Mellen deposited the provided check for $3,534.48 which was honored.  [**Exhibit F**].

Despite the Judgment being fully satisfied and despite Mellen, Inc.'s admission that the Judgment has been fully satisfied [**Exhibit E** ("We will file a satisfaction and withdraw the garnishment writ as soon as the check is honored.")], to date no satisfaction of Judgment or withdrawal of Mellen, Inc.'s Application for Writ of Garnishment has been filed—in direct contradiction to Ariz.Rev.Stat. § 33-964(C) which obligates Mellen, Inc. to file a Satisfaction of Judgment with the Court.  *Id.* ("The judgment creditor or the judgment creditor's attorney shall enter a notation of satisfaction on the docket of the clerk of the superior court of each county in which the judgment has been entered or docketed, and in a like manner enter a notation of satisfaction on the docket of the clerk of the United States district court.").

As such, Biltmore respectfully requests that this Court Quash the Application for Writ of Garnishment and award it its reasonable attorneys' fees and costs.

**DATED** October 27, 2017.

**WILENCHIK & BARTNESS, P.C.**

*/s/  Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
Thomas E. Lordan, Esq.
David A. Timchak, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

Thomas M. Baker, Esq.
**BAKER AND BAKER**
9034 N. 23rd Avenue, Unit 5
Phoenix, Arizona  85021
Thomas@bakerandbaker.com
*Attorneys for Defendant/Counter-Claimant/*
*Third-Party Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Craig Solomon Ganz, Esq.
Michael S. Myers, Esq.
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
ganzc@ballardspahr.com
myersms@ballardspahr.com
*Attorneys for Plaintiff*

Paul S. Hugel, Esq.
CLAYMAN & ROSENBERG, LLP
305 Madison Ave – Suite 1301
New York, New York 10165
hugel@clayro.com
*Attorneys for Plaintiff (pro hac vice)*

Thomas McMurray Baker, Esq.
BAKER & BAKER
9034 N. 23rd Avenue, Unit 5
Phoenix, Arizona 85021
thomas@bakerandbaker.com
tricia@bakerandbaker.com
*Attorney for Defendant/Counterclaimant/Third-Party Plaintiff*

Attn: Exception Processing
MidFirst Bank
11001 N. Rockwell
Oklahoma City, OK 73162
Exceptionprocessing@midfirst.com
*Garnishee MidFirst Bank*

By /s/ Wendy L. Echols

# EXHIBIT A



**David Timchak**

| | |
|---|---|
| **From:** | Paul Hugel <hugel@clayro.com> |
| **Sent:** | Friday, September 22, 2017 2:04 PM |
| **To:** | David Timchak |
| **Subject:** | Mellen v. Biltmore |

David - Can you please arrange for payment by Biltmore of the $3,522.12 judgment entered against it for costs.  I will hold off on taking steps to enforce the judgment if you tell me payment is forthcoming.

Paul Hugel
Clayman & Rosenberg, LLP

(212) 922-1080 phone
(917) 512-1621  mobile
(212) 949-8255 fax
--
Paul S. Hugel, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue - Ste 1301
New York, NY 10165
(212) 922-1080 office
(917) 512-1621 cell

# EXHIBIT B



## David Timchak

| | |
|---|---|
| **From:** | David Timchak |
| **Sent:** | Friday, September 22, 2017 5:16 PM |
| **To:** | 'Paul Hugel' |
| **Subject:** | RE: Mellen v. Biltmore |

Paul: I will reach out to the client and get back to you shortly.  Please follow up with me before taking any action.

Thanks,

David A. Timchak

**From:** Paul Hugel [mailto:hugel@clayro.com]
**Sent:** Friday, September 22, 2017 2:04 PM
**To:** David Timchak
**Subject:** Mellen v. Biltmore

David - Can you please arrange for payment by Biltmore of the $3,522.12 judgment entered against it for costs.  I will hold off on taking steps to enforce the judgment if you tell me payment is forthcoming.

Paul Hugel
Clayman & Rosenberg, LLP

(212) 922-1080 phone
(917) 512-1621  mobile
(212) 949-8255 fax
--
Paul S. Hugel, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue - Ste 1301
New York, NY 10165
(212) 922-1080 office
(917) 512-1621 cell

# EXHIBIT C



**David Timchak**

| | |
|---|---|
| **From:** | Paul Hugel <hugel@clayro.com> |
| **Sent:** | Tuesday, October 17, 2017 2:34 PM |
| **To:** | David Timchak |
| **Subject:** | Re: Mellen v. Biltmore |
| **Attachments:** | image083123.png |

David  - The judgment is for $3,534.48 including interest.    The check should be payable to Mellen Inc and should be sent to me.

On Mon, Oct 16, 2017 at 4:31 PM David Timchak <DavidT@wb-law.com> wrote:

> Paul: I just tried calling you.  My client is going to be cutting a check this week, can you provide me with the payee information and do we agree that the total amount to satisfy the judgment is $3,534.48.
>
>
> Thanks,
>
>
> David A. Timchak



www.wb-law.com

David Timchak
Attorney at Law
DavidT@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

----------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

----------------------------
 **From:** Paul Hugel [mailto:hugel@clayro.com]
**Sent:** Friday, September 22, 2017 2:04 PM
**To:** David Timchak
**Subject:** Mellen v. Biltmore

David - Can you please arrange for payment by Biltmore of the $3,522.12 judgment entered against it for costs.  I will hold off on taking steps to enforce the judgment if you tell me payment is forthcoming.

Paul Hugel
Clayman & Rosenberg, LLP

(212) 922-1080 phone
(917) 512-1621  mobile
(212) 949-8255 fax

--

Paul S. Hugel, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue - Ste 1301
New York, NY 10165
(212) 922-1080 office
(917) 512-1621 cell
--
Paul S. Hugel, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue - Ste 1301
New York, NY 10165
(212) 922-1080 office
(917) 512-1621 cell

# EXHIBIT D



## David Timchak

| | |
|---|---|
| **From:** | David Timchak |
| **Sent:** | Wednesday, October 18, 2017 3:26 PM |
| **To:** | 'Paul Hugel' |
| **Cc:** | Michael S. Myers; Victoria Stevens; Aileen De Los Angeles |
| **Subject:** | RE: Mellen v. Biltmore |
| **Attachments:** | 10-18-17 Check Biltmore to Mellen.pdf |

Paul: Copy of check is attached.  It is being mailed to you overnight delivery with acceptance of package to:

Paul S. Hugel, Esq.
CLAYMAN & ROSENBERG, LLP
305 Madison Avenue, Suite 1301
New York, New York 10165

I trust that you will be withdrawing your application for a writ of garnishment and will be filing a notice of satisfaction of judgment.

Please confirm.

Thanks,

David A. Timchak

**From:** Paul Hugel [mailto:hugel@clayro.com]
**Sent:** Tuesday, October 17, 2017 2:34 PM
**To:** David Timchak
**Subject:** Re: Mellen v. Biltmore

David  - The judgment is for $3,534.48 including interest.    The check should be payable to Mellen Inc and should be sent to me.

On Mon, Oct 16, 2017 at 4:31 PM David Timchak <DavidT@wb-law.com> wrote:

> Paul: I just tried calling you.  My client is going to be cutting a check this week, can you provide me with the payee information and do we agree that the total amount to satisfy the judgment is $3,534.48.
>
>
> Thanks,
>
>
> David A. Timchak



www.wb-law.com

David Timchak
Attorney at Law
DavidT@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

----------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.


----------------------------
 **From:** Paul Hugel [mailto:hugel@clayro.com]
**Sent:** Friday, September 22, 2017 2:04 PM
**To:** David Timchak
**Subject:** Mellen v. Biltmore



David - Can you please arrange for payment by Biltmore of the $3,522.12 judgment entered against it for costs.  I will hold off on taking steps to enforce the judgment if you tell me payment is forthcoming.



Paul Hugel
Clayman & Rosenberg, LLP

(212) 922-1080 phone
(917) 512-1621  mobile
(212) 949-8255 fax

--

Paul S. Hugel, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue - Ste 1301
New York, NY 10165
(212) 922-1080 office
(917) 512-1621 cell

--
Paul S. Hugel, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue - Ste 1301
New York, NY 10165
(212) 922-1080 office
(917) 512-1621 cell

# EXHIBIT E



**David Timchak**

| | |
|---|---|
| **From:** | Paul Hugel <hugel@clayro.com> |
| **Sent:** | Thursday, October 19, 2017 11:40 AM |
| **To:** | David Timchak |
| **Cc:** | Michael S. Myers; Victoria Stevens; Aileen De Los Angeles |
| **Subject:** | Re: Mellen v. Biltmore |
| **Attachments:** | image556973.png |

Check received.  We will file a satisfaction and withdraw the garnishment writ as soon as the check is honored.

Paul Hugel
Clayman & Rosenberg, LLP

(212) 922-1080 phone
(917) 512-1621  mobile
(212) 949-8255 fax

On Wed, Oct 18, 2017 at 6:26 PM David Timchak <DavidT@wb-law.com> wrote:

> Paul: Copy of check is attached.  It is being mailed to you overnight delivery with acceptance of package to:
>
> Paul S. Hugel, Esq.
>
> CLAYMAN & ROSENBERG, LLP
>
> 305 Madison Avenue, Suite 1301
>
> New York, New York 10165
>
> I trust that you will be withdrawing your application for a writ of garnishment and will be filing a notice of satisfaction of judgment.
>
> Please confirm.
>
> Thanks,
>
> David A. Timchak

1



www.wb-law.com

David Timchak
Attorney at Law
DavidT@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

-----------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

-----------------------------

 **From:**

Paul Hugel [mailto:hugel@clayro.com]
**Sent:** Tuesday, October 17, 2017 2:34 PM
**To:** David Timchak
**Subject:** Re: Mellen v. Biltmore

David  - The judgment is for $3,534.48 including interest.    The check should be payable to Mellen Inc and should be sent to me.

On Mon, Oct 16, 2017 at 4:31 PM David Timchak <DavidT@wb-law.com> wrote:

Paul: I just tried calling you.  My client is going to be cutting a check this week, can you provide me with the payee information and do we agree that the total amount to satisfy the judgment is $3,534.48.

Thanks,

David A. Timchak

2

www.wb-law.com

David Timchak
Attorney at Law
DavidT@wb-law.com

The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
P 602-606-2810 | F 602-606-2811

----------------------------

ATTORNEY/CLIENT COMMUNICATION

The information transmitted by this e-mail is intended only for the addressee and may contain confidential and/or privileged material.  Any interception, review, retransmission, dissemination or other use of this information by persons or entities other than the intended recipient is prohibited by law and may subject them to criminal or civil liability.  If you received this communication in error, please contact us immediately at (602) 606-2810, and delete the communication from any computer or network system.

----------------------------

 **From:** Paul Hugel [mailto:hugel@clayro.com]
**Sent:** Friday, September 22, 2017 2:04 PM
**To:** David Timchak
**Subject:** Mellen v. Biltmore

David - Can you please arrange for payment by Biltmore of the $3,522.12 judgment entered against it for costs.  I will hold off on taking steps to enforce the judgment if you tell me payment is forthcoming.

Paul Hugel
Clayman & Rosenberg, LLP

(212) 922-1080 phone
(917) 512-1621  mobile
(212) 949-8255 fax

--

Paul S. Hugel, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue - Ste 1301
New York, NY 10165
(212) 922-1080 office
(917) 512-1621 cell

--

Paul S. Hugel, Esq.

Clayman & Rosenberg LLP
305 Madison Avenue - Ste 1301
New York, NY 10165
(212) 922-1080 office
(917) 512-1621 cell
--
Paul S. Hugel, Esq.
Clayman & Rosenberg LLP
305 Madison Avenue - Ste 1301
New York, NY 10165
(212) 922-1080 office
(917) 512-1621 cell

# EXHIBIT F





SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM

**BILTMORE LOAN AND JEWELRY**
7025 N SCOTTSDALE RD STE 105
SCOTTSDALE, AZ 85253

MIDFIRST BANK
PHOENIX, ARIZONA
www.midfirst.com

**3701**

91-8744/1221
252

10/18/2017

PAY TO THE
ORDER OF     Mellen, Inc.                          $  **3,534.48

Three Thousand Five Hundred Thirty-Four and 48/100************************************   DOLLARS

Mellen, Inc.

MEMO

AUTHORIZED SIGNATURE

⑈003701⑈ ⑆122187445⑆ ⑈2523007214⑈

EAF:0 Account:2523007214 Serial:3701 Amount:$3,534.48 Sequence:7927483460 Bank:1 TR:122187445
TranCode:800 Date:10/25/2017 DbCr:D