# Exhibit 2



FILED _____   _____ LODGED
_____ RECEIVED   _____ COPY

OCT 2 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Person Filing on Behalf of
Garnishee MidFirst Bank:

Exception Processing
MidFirst Bank Operations
11001 N. Rockwell
Oklahoma City, OK 73162
Phone: 405-717-3402
Fax: 405-858-3325
Email: exceptionprocessing@midfirst.com

In the United States District Court of the State of Arizona
In and for the County of Arizona
401 W. Washtington St #10 Phoenix, AZ 85003

| | |
|---|---|
| **Mellen, INC.,**<br>**a New York Corporation 50 W 47th**<br>**St, Ste 2113, New York, NY 10036**<br><br>Plaintiff/Judgment Creditor<br><br>    vs.<br><br>**Biltmore Loan and Jewelry-Scottsdale,**<br>**L.L.C.,**<br>**an Arizona limited liability company,**<br>**10830 N Scottsdale Rd, Scottsdale, AZ**<br>**85254**<br><br>Defendants/Judgment Debtors,<br><br>    and<br><br>MIDFIRST BANK,<br><br>    Garnishee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.**CV-16-648-PHX-DLR**<br>**ANSWER OF GARNISHEE**<br>(Non-Earnings) |

1.      I am authorized by the above named Garnishee to complete and file this Answer.   The word 'money' as used in this Answer does not refer to wages.   Garnishee's name, address and phone are:

                MidFirst Bank
                   Attn: Exception Processing
                   MidFirst Bank
                   11001 N. Rockwell

Oklahoma City, OK 73162

Phone: 405-717-3402
Fax: 405-858-3325

2.   The statements checked below were true at the time the Writ was served:

A.   ☐   Garnishee was not indebted or otherwise in possession of monies belonging to the Judgment Debtor.

B.   ☒   Garnishee was in possession of monies of the Judgment Debtor sufficient enough to satisfy Garnishment.   At the time of service of the Garnishment Summons herein, Biltmore Loan and Jewelry-Scottsdale, L.L.C., an Arizona limited liability company maintained certain deposit accounts styled "Biltmore Loan and Jewelry LLC" and "Biltmore Loan and Jewelry-Scottsdale LLC".

i. Garnishee exempted $0.00 from the account owned by the Judgment Debtors for the following reason:

a.   ☒   Pursuant to A.R.S. §12-1593(B) and the instructions from Judgment Creditor to Garnishee; or

b.   ☐   The funds in the account were identified as federal benefit payments to the Judgment Debtor under Title 31, Part 212 of the Code of Federal Regulations, Interim Final Rule, and are protected from garnishment.

ii. Garnishee has placed a hold on the amount of $3,534.48   (as non-exempt funds held by Garnishee pursuant to the Writ.)

C.   ☒   Garnishee was not in possession of any personal property belonging to Judgment Debtor.

D.   ☐   Garnishee was in possession of the following personal property belonging to the Judgment Debtor:   (include a description of each item or group of items).   I am holding pursuant to the Writ.

E.   ☒   Garnishee is not in corporation in which the Judgment Debtor owns these shares of interest.

3.   The following person/organization holds personal property or money which belongs to Judgment Debtor:  **N/A**

4.   Garnishee requests an answer fee in the amount of **$150.00** as a reasonable amount for the preparation and filing of this Answer.

5.   A.   One (1) copy each of the Writ of Garnishment of Monies or Property and Summons (Non-earnings), Notice to Judgment Debtors or Defendants (non-Earnings, and Request for Hearing form and a copy of the underlying Default Judgment were provided to each Judgment Debtor at the following address(es) on 10/16/17:

10830 N Scottsdale Road
Scottsdale, AZ 85254

By:   ☒ Mail      ☐ Hand Delivery      ☐ Constable or Process Server

        B.    The original of this Answer mailed to:

        **United States District Court - District of Arizona**
        **401 W. Washtington St #10**

        **Phoenix, AZ   85003**

        C.    One (1) copy of this Answer was provided to each Judgment Debtor at Judgment Debtor's Address set forth in 5.A. above, and to Creditor's Attorney at the following Address on **10/18/2017:**

        **Ballard Spahr LLP**
        **1 E Washington Street Suite 2300**
        **Phoenix, AZ 85004**

By:   ☒ Mail      ☐ Hand Delivery      ☐ Constable or Process Server

6.    I state on penalty of perjury that the foregoing is true and correct as of the date the Writ was served.

        WHEREFORE, Garnishee prays that Garnishee be discharged on this Answer and the Court award Garnishee reasonable compensation in the amount of $150.00.

Dated this _18_ day of _October_____, 2017

By: _D. D. A. F...._

David Foreman
Assistant Manager
MidFirst Bank

Subscribed and sworn to before me on this _19th_ day of _October_____, 2017.

_____
NOTARY PUBLIC

My commission expires: _____9/30/20_____

JULIE MUIR
IN AND FOR
#16009369
EXP. 09/30/20
STATE OF OKLAHOMA
NOTARY PUBLIC